## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK LONG, individually and on behalf of others similarly situated, : : : : Plaintiff, : : v. : : SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, : : : : Defendant. : | CIVIL ACTION<br><br>No. 2:16-cv-01991-PBT |

_____

## WITHDRAWAL OF APPEARANCE

Kindly enter my appearance on behalf of defendant, Southeastern Pennsylvania Transportation Authority, in the above-captioned matter.

                Respectfully submitted,

                <u>/s/ Candidus K. Dougherty</u>
                Candidus K. Dougherty

                SWARTZ CAMPBELL LLC
                50 S. 16th Street, 28th Floor
                Philadelphia, PA   19102
                215-564-5190
                cdougherty@swartzcampbell.com

DATE: May 24, 2016