IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
FRANK LONG, JOSEPH SHIPLEY, and : 
MICHAEL WHITE, individually and on : 
Behalf of all others similarly situated, : 
 : 
                Plaintiffs, :     CIVIL ACTION NO. 2:16-cv-01991-PBT
     v. : 
 : 
SOUTHEASTERN PENNSYLVANIA : 
TRANSPORTATION AUTHORITY, : 
 : 
                Defendant. : 
_____:

## DEFENDANT SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY'S MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Southeastern Pennsylvania Transportation Authority ("SEPTA"), moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the First Amended Complaint. The grounds for this Motion are set forth in the attached supporting Memorandum of Law.

Dated:  June 24, 2016

                                            Respectfully submitted,

                                            _____
                                            Elizabeth A. Malloy (Pa. I.D. No. 48297)
                                            Samantha L. Southall (Pa. I.D. No. 80709)
                                            Andrew G. Hope (Pa. I.D. No. 317932)
                                            Buchanan Ingersoll & Rooney PC
                                            Two Liberty Place
                                            50 S. 16th Street, Suite 3200
                                            Philadelphia, PA   19102-2555
                                            (215) 665-8700

2

Candidus K. Dougherty (Pa. I.D. No. 206106)
Jeffrey B. McCarron (Pa. I.D. No. 49467)
Michael A. Cognetti (Pa. I.D. No. 55819)
Swartz Campbell LLC
Two Liberty Place
50 S. 16th Street, 28th Floor
Philadelphia, PA  19102

*Attorneys for Defendant Southeastern Pennsylvania Transportation Authority*