UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK LONG, JOSEPH SHIPLEY, and MICHAEL WHITE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. 2:16-cv-1991-PBT |

**PLAINTIFFS' RESPONSE TO DEFENDANT SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY'S MOTION FOR LEAVE TO FILE REPLY**

　　　　Plaintiffs write in response to Defendant Southeastern Pennsylvania Transportation Authority's ("SEPTA") Motion for Leave to File Reply. *See* ECF No. 28. Plaintiffs do not object to SEPTA's request for a reply brief as to the topics identified in SEPTA's memorandum of law. However, Plaintiffs object to SEPTA's statement that Plaintiffs raised an invasion of privacy argument for the first time in their Opposition brief, given that SEPTA preemptively addressed this argument in its Moving brief. *See* ECF No. 25-2 (Defendant SEPTA's Memorandum of Law in Support of Its Motion to Dismiss the First Amended Class Action Complaint) at 7.

Dated: July 28, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Ossai Miazad*
　　　　　　　　　　　　　　　　　　　**OUTTEN & GOLDEN LLP**
　　　　　　　　　　　　　　　　　　　3 Park Avenue, 29th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　Tel.: (212) 245-1000
　　　　　　　　　　　　　　　　　　　Adam T. Klein (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Ossai Miazad (admitted *pro hac vice*)

Lewis M. Steel (admitted *pro hac vice*)
Christopher M. McNerney (admitted *pro hac vice*)
Cheryl-Lyn Bentley (admitted *pro hac vice*)

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Jon Greenbaum (admitted *pro hac vice*)
Mateya Kelley (admitted *pro hac vice*)
1401 New York Ave., NW
Washington, DC 20005
Tel.: (202) 662-8600

**PHILADELPHIA LAWYERS FOR SOCIAL EQUITY**
Michael Lee
Pennsylvania Bar No. 307008
Michael Hardiman
Pennsylvania Bar No. 27018
1501 Cherry Street
Philadelphia, PA 19102
Tel.: (215) 995-1230

**PUBLIC INTEREST LAW CENTER**
Benjamin D. Geffen
Pennsylvania Bar. No. 310134
1709 Benjamin Franklin Parkway, 2d Floor
Philadelphia, PA 19103
Tel.: (267) 546-1308

**WILLIG, WILLIAMS & DAVIDSON**
Ryan Allen Hancock
Pennsylvania Bar No. 92590
Danielle Newsome
Pennsylvania Bar No. 320772
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel.: (215) 656-3679
*Attorneys for Plaintiffs and proposed Class Members*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Response to Defendant Southeastern Pennsylvania Transportation Authority's Motion for Leave to File Reply, was served on this 28th day of July, 2016, upon counsel of record via the Court's ECF filing system.

*/s/ Ossai Miazad*
Ossai Miazad