IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK LONG, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 16-1991** |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this _5th____ day of April, 2017, upon consideration of Defendant Southeastern Pennsylvania Transportation Authority's Motion to Dismiss the First Amended Class Action Complaint (Doc. 25), Plaintiffs' Memorandum of Law in Opposition thereto (Doc. 27), and Defendant's Reply in Further Support of its Motion (Doc. 34), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.[1]

                                                **BY THE COURT:**

                                                **/s/ Petrese B. Tucker**

                                                _____
                                                **Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated April 5, 2017.