IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK LONG, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-1991 |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this __11th__ day of December, 2020, upon consideration of the Parties' letter to the Court dated December 4, 2020, in which the Parties request a stay of discovery to continue settlement discussions, and that Plaintiffs be directed to file a motion for preliminary approval of settlement, **IT IS HEREBY ORDERED AND DECREED** that the Parties' request is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Clerk of Court shall mark this matter as **STAYED**;

2. The Plaintiffs shall file a motion for preliminary approval of settlement on or before **Friday, January 15, 2020**; and

3. The Parties shall submit a joint status letter to the Court on or before **Friday, January 15, 2020**.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**