| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein*<br>Ossai Miazad*<br>Lewis M. Steel*<br>Christopher M. McNerney*<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>(212) 245-1000 | **PUBLIC INTEREST LAW CENTER**<br>Benjamin D. Geffen<br>Pennsylvania Bar. No. 310134<br>Claudia De Palma<br>Pennsylvania Bar No. 320136<br>1500 JFK Blvd., Suite 802<br>Philadelphia, PA 19102<br>(267) 546-1308 |
| **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>Jon Greenbaum*<br>1401 New York Ave., NW<br>Washington, DC 20005<br>(202) 662-8600<br><br>*\* Pro hac vice motions granted* | **WILLIG, WILLIAMS & DAVIDSON**<br>Ryan Allen Hancock<br>Pennsylvania Bar No. 92590<br>Jessica Brown<br>Pennsylvania Bar No. 87322<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>(215) 656-3679 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK LONG, JOSEPH SHIPLEY, MICHAEL WHITE, and RAMEE GARNETT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SOUTHERN PENNSYLVANIA TRANSPORTATION AUTHORITY,<br><br>        Defendant. | **Case No.: 2:16-cv-1991-PBT** |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL CERTIFICATION <u>OF SETTLEMENT CLASSES</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Final Certification of Settlement Classes ("Motion for Final Approval") and in the Declaration of Ossai Miazad in Support of Plaintiffs' Motions for Final Approval, Approval of Service Awards, and Approval of Attorneys' Fees and Reimbursement of Expenses ("Miazad Decl."), and the supporting exhibits thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting final approval of the Settlement Agreement and Release, attached as **Exhibit A** to the Miazad Decl.; and

(2) certifying the proposed Classes pursuant to Rule 23 of the Federal Rules of Civil Procedure.

\*     \*     \*

Plaintiffs submit a Proposed Order, attached to the Miazad Decl. as **Exhibit B**, for the Court's convenience.

Dated: New York, NY
      September 22, 2021                Respectfully submitted,

                                            */s/ Ossai Miazad*
                                            Ossai Miazad
                                            **OUTTEN & GOLDEN LLP**
                                            685 Third Avenue, 25th Floor
                                            New York, NY 11211
                                            Telephone: (212) 245-1000

                                            *Attorney for Plaintiffs and proposed Class Members*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Final Certification of Settlement Classes was served on this 22nd day of September, 2021, upon all counsel of record via the Court's ECF filing system.

                                             */s/ Ossai Miazad*
                                             Ossai Miazad